AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SILVIA L. SANCHEZ, and other similarly situated individuals,<br><br>*Plaintiff(s)*<br>v.<br>BEACHCOMBER INVESTMENTS CORP. d/b/a Shepley Hotel d/b/a Beachcomber Hotel d/b/a Leslie Hotel d/b/a Nassau Suite Hotel; ALQUIMIA HOSPITALITY GROUP, LLC d/b/a Shepley Hotel d/b<br>*Defendant(s)* | Civil Action No. 1:18-cv-21636-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BEACHCOMBER INVESTMENTS CORP. d/b/a Shepley Hotel d/b/a Beachcomber
Hotel d/b/a Leslie Hotel d/b/a Nassau Suite Hotel
c/o D'ONOFRIO, JUAN P
1414 COLLINS AVE
MIAMI BEACH, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/25/2018

s/ Randi Marks
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SILVIA L. SANCHEZ, and other similarly situated individuals,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BEACHCOMBER INVESTMENTS CORP. d/b/a Shepley Hotel d/b/a Beachcomber Hotel d/b/a Leslie Hotel d/b/a Nassau Suite Hotel; ALQUIMIA HOSPITALITY GROUP, LLC d/b/a Shepley Hotel d/b<br><br>*Defendant(s)* | Civil Action No. 1:18-cv-21636-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALQUIMIA HOSPITALITY GROUP, LLC d/b/a Shepley Hotel d/b/a Beachcomber Hotel d/b/a Leslie Hotel d/b/a Nassau Suite Hotel
c/o D'ONOFRIO, JUAN P
10531 NE 3RD AVENUE
MIAMI SHORES, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/25/2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SILVIA L. SANCHEZ, and other similarly situated individuals,<br><br>*Plaintiff(s)*<br>v.<br>BEACHCOMBER INVESTMENTS CORP. d/b/a Shepley Hotel d/b/a Beachcomber Hotel d/b/a Leslie Hotel d/b/a Nassau Suite Hotel; ALQUIMIA HOSPITALITY GROUP, LLC d/b/a Shepley Hotel d/b<br>*Defendant(s)* | Civil Action No. 1:18-cv-21636-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* D'ONOFRIO, JUAN P
1414 COLLINS AVE
MIAMI BEACH, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/25/2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

SILVIA L. SANCHEZ, and other similarly situated individuals,

*Plaintiff(s)*

v.  Civil Action No. 1:18-cv-21636-UU

BEACHCOMBER INVESTMENTS CORP. d/b/a Shepley Hotel d/b/a Beachcomber Hotel d/b/a Leslie Hotel d/b/a Nassau Suite Hotel; ALQUIMIA HOSPITALITY GROUP, LLC d/b/a Shepley Hotel d/b

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MEDINA, PAOLA V
1414 COLLINS AVENUE
MIAMI BEACH, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Martin Saenz, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/25/2018

s/ Randi Marks
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

SUMMONS