# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:18-CV-21636-UU

Plaintiff:
SILVIA L. SANCHEZ, and other similarly situated Individuals,

vs.

Defendant:
BEACHCOMBER INVESTMENTS CORP. d/b/a Shepley Hotel d/b/a Beachcomber Hotel d/b/a Leslie Hotel d/b/a Nassau Suite Hotel; ALQUIMIA HOSPITALITY GROUP, LLC d/b/a Shepley Hotel et al.

For:
R. Martin Saenz, Esq.
Saenz & Anderson, PLLC.
20900 NE 30th Ave.
Ste. 800
Miami, Fl. 33180

Received by Lindsay Legal Services, Inc. on the 1st day of May, 2018 at 11:57 am to be served on ALQUIMIA HOSPITALITY GROUP, LLC d/b/a Shepley Hotel d/b/a Beachcomber Hotel d/b/a Leslie Hotel d/b/a Nassau Suite Hotel c/o D'Onofrio, Juan P. at 10531 NE 3rd AVENUE, MIAMI SHORES, FL. 33138

I, CESAR CARIAS, do hereby affirm that on the 3RD day of May, 2018 at 11:45 am, I:

LLC/LLP: served by delivering a true copy of the SUMMONS IN A CIVIL ACTION, COVER SHEET AND COMPLAINT with the date and hour of service endorsed thereon by me, at the within named Registered Agent's/Officer's usual place of abode, to a person residing therein who is 15 years of age or older to wit: VERONICA MEDINA as WIFE OF THE REGISTERED AGENT and informing said person of the contents thereof, pursuant to F.S.S. 48.081 (3)(b).

I certified that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

CESAR CARIAS
Process Server #1582

Lindsay Legal Services, Inc.
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317
Our Job Serial Number: RLA-2018000950